Psnd JS-6

FILED
MAR 16 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AKILAH ARTIAGA, et al.** | ) | **CASE NO. SA CV 03-801-CJC(RCx)** |
| | ) | **ORDER OF DISMISSAL UPON** |
| **PLAINTIFF,** | ) | **SETTLEMENT OF CASE** |
| **v.** | ) | |
| **CITY OF INGLEWOOD, etc., et al.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

The Court having been advised by the Counsel for the parties that the above-entitled action has been settled:

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Dated: 3/15/05

CORMAC J. CARNEY
United States District Judge

DOCKETED ON CM
MAR 16 2005
BY 040

55